UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAR PLUMBING CO., INC. AND CARDOZA CORP.,

                    Plaintiffs,

    - against -

WILLIAM JOHNSTON *aka* WILLIAM JOHNSON, in his official capacity as Chief Executive Officer of ASA Associates of New York, Inc. and in his individual capacity, ASA ASSOCIATES OF NEW YORK, INC. and RIVERDALE ASSOCIATES LLC

                    Defendants.

07 CIV 9722

Civ

RULE 7.1 STATEMENT

---

Plaintiffs Par Plumbing Co., Inc. and Cardoza Corp. certify by their attorneys Kauff McClain & McGuire LLP, that neither of the plaintiffs has any parent corporation that is publicly held, and there is no publicly held corporation that owns 10% or more of the stock of either plaintiff.

Dated: November 1, 2007 at
       New York, New York.

                                      Respectfully submitted,

                                      KAUFF McCLAIN & McGUIRE LLP
                                      Attorneys for Plaintiffs
                                      Par Plumbing Co., Inc. and Cardoza Corp

                                      By: _____
                                          Raymond G. McGuire (RM-7626)

                                      950 Third Avenue – 14th Floor
                                      New York, New York 10022
                                      (212) 644-1010

4842-0277-5554.1