UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAR PLUMBING CO., INC. AND CARDOZA  X
CORP.,                              :
                                    :
           Plaintiffs,              :
                                    :   NOTICE OF APPEARANCE
    -against-                       :
                                    :   07-cv-9722 (DAB)
WILLIAM JOHNSTON a/k/a WILLIAM      :
JOHNSON, in his official capacity   :
as Chief Executive Officer of       :
ASA Associates of New York, Inc.    :
and in his individual capacity,     :
ASA ASSOCIATES OF NEW YORK, INC.    :
and RIVERDALE ASSOCIATES LLC.       :
                                    :
           Defendants.              X

---

The undersigned hereby appears as counsel for all named Defendants in the above-entitled cause.

Dated:    November 13, 2007

_____
Steven B. Horowitz, Esq.
Roth Horowitz, L.L.C.
150 Morris Ave.
Suite 206
Springfield, New Jersey 07081