UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
PAR PLUMBING CO., INC.                          Case No. 07 CIV 9722 (DAB)
and CARDOZA CORP.                               **AFFIDAVIT OF SERVICE**
                          Plaintiffs,

        -against-

WILLIAM JOHNSTON aka WILLIAM JOHNSON,
in his official capacity as Chief Executive Officer of
ASA Associates of New York, Inc. and in his individual capacity,
ASA ASSOCIATES OF NEW YORK, INC. and
RIVERDALE ASSOCIATES LLC
                          Defendants.
-------------------------------------------X
STATE OF NEW YORK  )
                            s.s.:
COUNTY OF NEW YORK )

   JOHN J. WALKER, being duly sworn deposes and says that he is over the age of eighteen, is an employee of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

   That on the 28th day of November, 2007, in order to complete the service initiated on 8th day of November, 2007 by Howard Ettinger, upon the Defendant, WILLIAM JOHNSTON aka WILLIAM JOHNSON, deponent served the Summons in a Civil Action, Complaint, Judge **Batts'** Individual Practice Rules, Procedures for Electronic Case Filing dated March 6, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, County of New York and State of New York, addressed as follows:

        WILLIAM JOHNSTON
     aka WILLIAM JOHNSON,
        c/o ASA Associates of New York, Inc.
           656C North Wellwood Avenue, #265
           Lindenhurst, New York 11757

                                    Sworn to before me this
                                    3rd day of December, 2007.


JOHN J. WALKER #847386              MICHAEL KEATING
                                    Notary Public, State of New York
                                    Reg. No. 01-KE-4851559
                                    Qualified in New York County
                                    Commission expires February 3, 2010