United States District Court
Southern Distirict of New York

---

PAR Plumbing Co., Inc., and
Cardoza Corp.,

                       Plaintiff(s)

         -against-

William Johnston a/k/a William Johnson, et al.,

                      Defendant(s)

AFFIDAVIT OF SERVICE
Case No. 07 Civ. 9722

---

State of New York )
                   ss:
County of Albany )

Terri L. Tarullo, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on November 9, 2007 at approximately 1:30 PM deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law, Summons in a Civil Action, Complaint, Judge Batts' Individual Practice Rules, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and Third Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, that the party served was Riverdale Associates LLC, a domestic limited liability company, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 41 State Street, in the City of Albany, New York by delivering to and leaving papers with Carol Vogt, a white female with brown hair, being approximately 46-55 years of age; height of 5'0" - 5'3", weight of 100-130 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                      Terri L. Tarullo

Sworn to before me this 9th day of November, 2007

Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010