

# ROTH HOROWITZ, LLC
COUNSELLORS AT LAW

150 Morris Avenue, Suite 206 • Springfield, NJ 07081
TEL 973.258.1288 • FAX 973.258.1171

ALLAN C. ROTH • NJ, IL
STEVEN B. HOROWITZ • NJ, GA

January 4, 2008

OF COUNSEL
MICHAEL A. D'AQUANNI • NJ
RAE T. HOROWITZ • NJ, GA
ERIKA MARICICH ROTH • NJ, NY

**Via ECF and Overnight Mail**
Honorable Deborah A. Batts
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007-1312

Re:   **Par Plumbing Co. Inc. v. William Johnston, et al**
      **Docket No.: 07-CV-9722**

Dear Judge Batts:

As your files should reflect, the undersigned represents the defendants in the above-referenced matter.

On December 17, 2007, the parties attended an Informal Settlement Conference in conjunction with not only this case, but another pending case emanating out of the Eastern District, Case No. 07-Civ-1740 (SLT). The end result of this meeting was that Mr. McGuire was to have submitted to you the appropriate documentation pursuant to your Individual Practices Rule I.E.. Unfortunately, Mr. McGuire neglected to file same with your chambers.

Therefore, please accept this correspondence as the defendants request for an additional two (2) weeks to Answer or Otherwise Plead with regards to the above-referenced matter. Mr. McGuire, as per the December 17 meeting, did consent to this adjournment request. A form of Order has been attached hereto for your consideration.

Out of an abundance of precaution, I would also like to alert the Court to the fact that, based on the ongoing settlement discussions involving not only this case, but the Eastern District one as well, additional Extension Requests may be forthcoming so that a "global" resolution can be achieved for all parties in both cases.

Thanking you in advance for your continued cooperation in this matter, I remain,

Very truly yours,
ROTH HOROWITZ, LLC

Steven B. Horowitz, Esq.
shorowitz@rothhorowitz.net

SBH/ll
cc:   Raymond G. McGuire, Esq. (Via fax and ECF)