**Steven B. Horowitz, Esq. (SBH-3606)**
ROTH HOROWITZ, LLC
150 Morris Avenue
Suite 206
Springfield, New Jersey 07081
(973) 258-1288
Attorneys for Defendants

| | |
|---|---|
| PAR PLUMBING Co., ANC CARDOZA, CORP., <br><br> Plaintiffs, <br><br> -against- <br><br> WILLIAM JOHNSTON *aka* WILLIAM JOHNSON, in his official capacity as Chief Executive Officer of ASA Associates of New York, Inc. and in his individual capacity, ASA ASSOCIATES OF NEW YORK, INC. And RIVERDALE ASSOCIATES LLC, <br><br> Defendants. | UNITED STATES DISTRICT COURT <br> SOUTHERN DISTRICT OF NEW YORK <br><br> 07-Civ-9722 (DAB) <br><br><br> ORDERING GRANTING EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD |

Application having been made for an Order extending time within which the Defendants, may answer or otherwise reply to the Complaint filed by the Plaintiffs herein, it is hereby:

ORDERED that the application is granted, and the time for Defendants to file their Answer, or otherwise plead, is extended until January 18, 2008.

ORDER DATE _____

                                                      Honorable Deborah A. Batts,

                                                      By: _____
                                                           Honorable Deborah A. Batts