Steven B. Horowitz, Esq. (SBH-3606)
ROTH HOROWITZ, LLC
150 Morris Avenue
Suite 206
Springfield, New Jersey 07081
(973) 258-1288
Attorneys for Defendants

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 2/19/2008            │
└─────────────────────────────────┘
```

PAR PLUMBING Co., AND CARDOZA,   :
CORP.,                            :
                                  :
            Plaintiffs,           :
                                  :
        -against-                 :
                                  :
WILLIAM JOHNSTON aka WILLIAM      :
JOHNSON, in his official capacity as Chief  :
Executive Officer of ASA Associates of      :
New York, Inc. and in his individual capacity, :
ASA ASSOCIATES OF NEW YORK, INC. :
And RIVERDALE ASSOCIATES LLC,     :
                                  :
            Defendants.           :
                                  :

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


07-Civ-9722 (DAB)




ORDERING GRANTING EXTENSION
OF TIME TO ANSWER OR OTHERWISE
PLEAD


Application having been made for an Order extending time within which the Defendants,

may answer or otherwise reply to the Complaint filed by the Plaintiffs herein, it is hereby:

ORDERED that the application is granted, and the time for Defendants to file their

Answer, or otherwise plead, is extended until March 18, 2008.


ORDER DATE *February 19, 2008*


                                  Honorable Deborah A. Batts,

                              By: _Deborah A. Batts_
                                  Honorable Deborah A. Batts