UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAR PLUMBING CO., INC. AND CARDOZA CORP.

                                          Plaintiffs,

- against -

WILLIAM JOHNSTON *aka* WILLIAM JOHNSON, in his official capacity as Chief Executive Officer of ASA Associates of New York, Inc. and in his individual capacity, ASA ASSOCIATES OF NEW YORK, INC. and RIVERDALE ASSOCIATES LLC,

                                          Defendants.

---

07 CIV 9722 (DAB) (FM)
(ECF Case)

**STIPULATION**

      WHEREAS, Plaintiffs Par Plumbing Co., Inc. and Cardoza Corp. (hereinafter "Plaintiffs"), filed a Complaint on November 2, 2007, in the captioned action against Defendants William Johnston, also known as William Johnson, in his official capacity as chief executive officer of ASA Associates of New York, Inc. and in his individual capacity, ASA Associates of New York, Inc., and Riverdale Associates LLC (collectively, "Defendants").

      WHEREAS, Plaintiffs seek to amend their Complaint to add as a defendant James Cahill, in his official capacity as an International Representative of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada.

4847-6648-5250.1

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendants, pursuant to Federal Rules of Civil Procedure 15(a) and 21, that Plaintiffs shall be allowed to file forthwith an amended Complaint in the above-captioned action.

Signatures transmitted by facsimile shall constitute original signatures for the purpose of this stipulation.

Dated: New York, New York
       May 9, 2008

KAUFF McCLAIN & McGUIRE LLP

By: _____
    Raymond G. McGuire

Attorneys for Plaintiffs
950 Third Avenue, 14th Floor
New York, New York 10022
(212) 644-1010

ROTH HOROWITZ, LLC

By: _____
    Steven B. Horowitz

Attorneys for Defendants
150 Morris Avenue, Ste. 206
Springfield, New Jersey 07081
(973) 258-1288

SO ORDERED:

_____
Honorable Deborah A. Batts

ORDER DATE: May 9, 2008

4847-6648-5250.1

-2-