ROTH HOROWITZ, LLC
Steven B. Horowitz, Esq. (SBH-3606)
150 Morris Avenue, Suite 206
Springfield, NJ 07081
(973)258-1288
(973)258-1171 (Fax)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAR PLUMBING CO., INC. and CARDOZA CORP., | Docket No.: 07-CIV-9722 |
| *Plaintiffs*, | |
| -against- | **CERTIFICATION OF SERVICE** |
| WILLIAM JOHNSTON, A.S.A. ASSOCIATES OF NEW YORK, INC., AND RIVERDALE ASSOCIATES, LLC. | |
| *Defendants*. | |
| WILLIAM JOHNSTON, A.S.A. ASSOCIATES OF NEW YORK, INC., AND RIVERDALE ASSOCIATES, LLC. | |
| *Third Party Plaintiffs*, | |
| -against- | |
| ASSOCIATION OF CONTRACTING PLUMBERS OF THE CITY OF NEW YORK, STEWART O'BRIEN, EUGENE CARDOZA, LAWRENCE LEVINE, GEORGE LEVINE, CARDOZA PLUMBING CORP., AND RAYMOND CARDOZA, JOHN DOES 1-10 AND COMPANY ABC THROUGH XYZ, | |
| *Third Party Defendants*. | |

I, LILIANA LOUVADO hereby certifies as follows:

1. I am a legal secretary for the law firm of Roth Horowitz, L.L.C.

2. On June 9, 2008, I filed an Answer, Separate Defenses, and Counterclaim and Certificate of Service on behalf of Defendants/Third Party Plaintiffs with the Court and served via ECF on Raymond G. McGuire, Esq., Kauff McClaun & McGuire, LLP, 950 3rd Avenue, 14th Floor, New York, New York 10022.

I hereby certify that the above statements made by me are true. I further certify that if any of the foregoing statements made by me are false, I am subject to punishment.

_____
Liliana Louvado

Dated:    June 9, 2008