UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
PAR PLUMBING CO., INC., et ano.,                 Case No. 07 CV 9722
                        Plaintiffs,
                                                 AFFIDAVIT OF SERVICE
        -against-

JAMES CAHILL, et al.,
                        Defendants.
----------------------------------------X
                        s.s.:
DISTRICT OF COLUMBIA    )


   Frederick Parsons, Jr.   , being duly sworn deposes and says that he/~~she~~ is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

   That on the   30th   day of June, 2008, at approximately   2:45   ~~a.m.~~/p.m., deponent served two true copies of the Summons in a Civil Case and Amended Complaint upon James Cahill, who was served Individually & in his official capacity as an International Representative of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada by serving his Attorney, James O'Connell, Esq. at O'Donoghue & O'Donoghue LLP, 4748 Wisconsin Avenue, NW, Washington, DC by personally delivering and leaving the same with   James O'Connell, Esquire  , at that address, who stated that he/~~she~~ is authorized to accept service on behalf of James Cahill.

   James O'Connell   is a   white     male     approximately   58   years of age, stands approximately   5   feet,   11   inches tall, weighs approximately   180   pounds with grey/bald hair and   n/a   eyes.


PROCESS SERVER                      Sworn to before me this
                                    1st day of July, 2008.

                                    Angela H. Croson
                                    NOTARY PUBLIC

                                    Angela H. Croson
                                    Notary Public, District of Columbia
                                    My Commission Expires 3-31-2009