UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAR PLUMBING CO., INC. AND CARDOZA CORP.,<br><br>                              Plaintiffs,<br><br>- against -<br><br>JAMES CAHILL, in his official capacity as an International Representative of the UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, and in his individual capacity, *et al.*,<br><br>                              Defendants. | Index No.   07 CIV 9722 (DAB)<br><br>**NOTICE OF MOTION** |
| ASPRO MECHANICAL CONTRACTING, INC., BLUEPRINT PLUMBING LLC, *et al.*,<br><br>                              Plaintiffs,<br><br>- against -<br><br>UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, *et al.*,<br><br>                              Defendants. | Index No.   08 CIV  05612 (DAB) |

PLEASE TAKE NOTICE that upon the annexed Declaration of Raymond G. McGuire, Esq. with attached exhibits and the annexed Memorandum of Law in Support of Plaintiffs' Motion to Consolidate, the undersigned will move this Court before the Honorable Deborah A. Batts, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date set by the Court, for an Order consolidating the above captioned actions pursuant to Fed. R. Civ. P. 42(a).

4816-7563-4946.1

PLEASE TAKE FURTHER NOTICE that answering papers, if any, are to be served on or before September 2, 2008 and that reply papers, if any, are to be served on or before September 7, 2008.

Dated: New York, New York
       August 22, 2008

                KAUFF McCLAIN & McGUIRE LLP

                By: _____
                   Raymond G. McGuire
                   950 Third Avenue, 14th Floor
                   New York, New York 10022-2075
                   (212) 644-1010
                   *Counsel for Plaintiffs*

4816-7563-4946.1